UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

DMARIO TAZAE LEWIS,
JUNIS LEWIS,
RASHAD CORNELIUS DANSBY,

      Plaintiffs,

v.

ABOVE & BEYOND PEST-ENVIRONMENTAL
SERVICES & TERMITES LLC,
GREGORY S. LOHMAN, CHRISTINA M.
O'KANE, BRYAN M. O'KANE,
CHRISTOPHER M. ALEXANDER,

      Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiffs, DMARIO TAZAE LEWIS, JUNIS LEWIS, and RASHAD CORNELIUS DANSBY bring this action against Defendants, ABOVE & BEYOND PEST-ENVIRONMENTAL SERVICES & TERMITES LLC, GREGORY S. LOHMAN, CHRISTINA M. O'KANE, BRYAN M. O'KANE, and CHRISTOPHER M. ALEXANDER, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1. Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiffs DMARIO TAZAE LEWIS, JUNIS LEWIS, and RASHAD CORNELIUS DANSBY were residents of the State of Florida and "employees" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, ABOVE & BEYOND PEST-ENVIRONMENTAL SERVICES & TERMITES LLC, was a Florida corporation with its principal place of business in

1

South Florida, engaged in commerce in the field of fumigation services, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Defendant, ABOVE & BEYOND PEST-ENVIRONMENTAL SERVICES & TERMITES LLC, along with two or more of its employees, used fumigation tools, equipment, and supplies that were manufactured outside Florida.

5. Defendant, GREGORY S. LOHMAN, is a resident of Palm Beach County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, ABOVE & BEYOND PEST-ENVIRONMENTAL SERVICES & TERMITES LLC; said Defendant manages Plaintiffs, controls Plaintiffs' duties and compensation, and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

6. Defendant, CHRISTINA M. O'KANE, is a resident of Palm Beach County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, ABOVE & BEYOND PEST-ENVIRONMENTAL SERVICES & TERMITES LLC; said Defendant manages Plaintiffs, controls Plaintiffs' duties and compensation, and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

7. Defendant, BRIAN M. O'KANE, is a resident of Palm Beach County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, ABOVE & BEYOND PEST-ENVIRONMENTAL SERVICES & TERMITES LLC; said Defendant manages Plaintiffs, controls Plaintiffs' duties and compensation, and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

8. Defendant, CHRISTOPHER M. ALEXANDER, is a resident of Palm Beach County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, ABOVE & BEYOND PEST-ENVIRONMENTAL SERVICES & TERMITES LLC; said Defendant manages Plaintiffs, controls Plaintiffs' duties and compensation, and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

9. Defendants employed Plaintiffs as fumigators.

10. Defendants regularly did not compensate Plaintiffs for all the hours that they worked.

11. Defendants failed to pay Plaintiffs their full and proper overtime compensation of 1.5 times Plaintiffs' regular hourly rates of pay for all overtime hours worked.

12. Attached as Exhibit A, Exhibit B, and Exhibit C are preliminary calculations of Plaintiffs' claims. The information and calculations contained therein may change as information is uncovered through the discovery process.

13. Defendants have knowingly and willfully refused to pay Plaintiffs their legally-entitled wages by failing to pay Plaintiffs for all the hours they worked, and by intentionally not paying Plaintiffs full and proper overtime wages.

14. Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

15. Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

# COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

16. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-15 above as if set forth herein in full.

17. Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) time-and-a-half overtime pay, and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

18. Plaintiffs seek recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esquire
Bar No.: 74791